UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
TRI-STATE CONSUMER INSURANCE    :
COMPANY,
                                               :

                          ORDER OF DISCONTINUANCE
      Plaintiff,          :      20 Civ. 4873 (GWG)

  -v.-                                      :

UNITED STATES POSTAL SERVICE, et al.,  :

      Defendants.      :
---------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      On September 1, 2020, an order was issued on the parties' consent agreeing to disposition of this matter by the undersigned pursuant to 28 U.S.C. § 636(c). By letter dated September 21, 2020, the parties have reported to the Court that they have reached a settlement of this matter.

      Accordingly, it is hereby ORDERED that this action is dismissed with prejudice and without costs (including attorney's fees) to either party. If either party wishes to reinstate this matter, the party must make a letter application to the undersigned before the 30-day period expires seeking to re-open this matter. Any application to reopen filed thereafter may be denied solely for failure to meet the 30-day deadline.

      Any pending motions are moot. The Clerk is requested to close the case.

      SO ORDERED.

Dated: September 21, 2020
       New York, New York

                                                    _____
                                                    GABRIEL W. GORENSTEIN
                                                    United States Magistrate Judge